**Denied and Opinion Filed March 20, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00225-CV

## IN RE MEDALIST HOLDINGS, INC., LEEWARD HOLDINGS, LLC, CAMARILLO HOLDINGS, LLC, MICHAEL LACEY, AND JAMES LARKIN, Relators

**Original Proceeding from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-00951**

## MEMORANDUM OPINION

Before Justices Whitehill, Partida-Kipness, and Pedersen, III
Opinion by Justice Partida-Kipness

Before the Court are relators' petition for writ of mandamus and the response briefs of the

Backpage real parties in interest and of real party in interest Plaintiff XXXXXXXX. In this

original proceeding, relators seek a writ of mandamus directing the trial court to vacate a February

20, 2019 order denying relators' motion for protective order and ordering relators to produce the

documents for which relators sought protection.

To be entitled to mandamus relief, a relator must show both that the trial court has clearly

abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*,

148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Based on the record before us, we

conclude relators have not shown they are entitled to the relief requested. Accordingly, we deny

relators' petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a) (the court must deny the

petition if the court determines relator is not entitled to the relief sought).

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

190225F.P05